No. 10–9242. WILLIAMS *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–9255. PYLE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–9274. GABRIEL *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 10–9276. HOFFNER *v.* BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–9280. BLACK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 10–9288. RITTNER *v.* HUGGINS ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–9291. SMITH *v.* GLEBE, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9292. KWASNIK *v.* MAINE DEPARTMENT OF HEALTH AND HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 10–9306. RIGGINS, AKA MALIK *v.* VAIL, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9312. FISCHER *v.* RICHLAND CHILDREN'S ADMINISTRATION. C. A. 9th Cir. Certiorari denied.

No. 10–9317. HUNTER *v.* DENNEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–9323. GAINES *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–9335. VIEAU *v.* METRISH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–9340. WHEELER *v.* SCHMALENBERGER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–9346. KELLY *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.